Before STATE INDUSTRIAL BOARD, Respondent. MARIA ABATE CALDERERA and Others, Claimants, Respondents, v. P. NATHAN & COMPANY and Another, Appellants.— Motion granted; the costs to be taxed against the State Industrial Board, without costs of this motion.

CHARLES DOMBERT and Others, Appellants, v. MILLERS NATIONAL INSURANCE COMPANY OF CHICAGO, ILLINOIS, Respondent.— Motion granted. Judgment entered by Millers National Insurance Company of Chicago, Ill., corrected by striking out provision for costs against the plaintiff Egbert Whittemore.

Before STATE INDUSTRIAL BOARD, Respondent. ALICE EATON, Claimant, Respondent, v. ONONDAGA COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK GUZIK, Claimant, Respondent, v. COLUMBIAN ROPE COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. CHARLES GOLDBERG, Claimant, Respondent, v. S. NACHMANS & D. KASTANOWITZ and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

FRANK GILBERT PAPER COMPANY and Another, Appellants, v. HARRY I. PRANKARD and Others, Respondents.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. MRS. PHILANDER P. HODGE, Claimant, Respondent, v. ARNOT REALTY COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. NELLIE O. HITT, Claimant, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Decision reversed, on the ground that the claimant's husband was not engaged in interstate commerce at the time of his injuries, and matter remitted to the State Industrial Board, with costs to the claimant against the respondent Lehigh Valley Railroad Company. All concur.

J. JOHN HASSETT, Appellant, Respondent, v. J. ARNOT RATHBONE and Another, as Administrators with the Will Annexed, of HARRIET ARNOT RATHBONE, Deceased, and Another, Respondents, Appellants.— Motion of the plaintiff denied. Motion of the defendants denied.

WILLIAM H. MINER, Respondent, v. WILLIAM F. KENNEDY and Another, Individually and as Administrators, etc., of PATRICK H. KENNEDY, Deceased, and Others, Appellants.— Judgment unanimously affirmed, with costs.

BERTHA MILES, as Administratrix, etc., of FLOYD R. MILES, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. Kiley, J., not sitting.

In the Matter of the Petition of WILLIAM H. HANLEY and Another, to Review the Order of the Commissioner of Education of the State of New York, Directing the District Superintendent of the Third Supervisory District of Broome County to Issue an Order under the Provisions of Sections 123–125 of the Education Law,* etc.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM J. McCLELLAN, Claimant, Respondent, v. MRS. CHRISTIAN GOODSELL and Another, Appellants.— Motion denied.

___

* See Laws of 1914, chap. 154, amdg. said § 123; 205 App. Div. 860.— [REP.